■ SHELDON B. BENATOVICH, Appellant, v NANISCAH B. (BENATOVICH) KOESSLER, Respondent. (Appeal No. 1.) [619 NYS2d 1018] —Order unanimously affirmed without costs. Memoran-

dum: By failing to address the propriety of the order approving the Law Guardian's fee application in his brief, plaintiff has abandoned that issue on appeal (see, Ciesinski v Town of Aurora, 202 AD2d 984). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Counsel Fees.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.